UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**CARA CECIL, individually and on behalf of all others similarly situated,**

      *Plaintiff*,

vs.

**IRISH PUB KC, LLC d/b/a MCFADDEN'S SPORTS SALOON,**

      *Defendant*.

Case No.: 4:18-cv-669-GAF

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff Cara Cecil and Defendant Irish Pub KC, LLC d/b/a McFadden's Sports Saloon, and, pursuant to Rule 41(a)(1)(A)(ii), jointly stipulate to the dismissal of Plaintiff's individual claims against Defendant, and those of the putative class she sought to represent, without prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Bill Kenney | /s/ Whitney Smith |

William C. Kenney (Mo. Bar No. 63001)
**BILL KENNEY LAW FIRM, LLC**
1100 Main Street, Suite 1800
Kansas City, Missouri 64105
Telephone: (816) 842-2455
Facsimile: (816) 474-8899
Email: bkenney@billkenneylaw.com

Eve-Lynn J. Rapp (*pro hac vice*)
Brandt Silver-Korn (*pro hac vice*)
**EDELSON PC**
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 234-5262
Facsimile: (415) 373-9435
Email: erapp@edelson.com
bsilverkorn@edelson.com

Sydney M. Janzen (*pro hac vice*)
Michael Ovca (*pro hac vice*)
**EDELSON PC**
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
Email: sjanzen@edelson.com
movca@edelson.com

*Attorneys for Plaintiff and
all others similarly situated*

W. James Foland, MO Bar # 25022
Jacqueline Sexton, MO Bar # 53262
Zach T. Bowles, MO Bar # 70531
FOLAND, WICKENS, ROPER,
HOFER & CRAWFORD, P.C.
1200 Main Street, Suite 2200
Kansas City, MO 64105
Telephone: (816) 472-7474
Email: jfoland@fwpclaw.com
jsexton@fwpclaw.com

Lauri A. Mazzuchetti (admitted *pro hac vice*)
Whitney M. Smith (admitted *pro hac vice*)
Glenn T. Graham (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
One Jefferson Road
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
Email: lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com
ggraham@kelleydrye.com

David I. Zalman (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7985
Email: dzalman@kelleydrye.com

*Attorneys for Defendant Irish Pub KC, LLC
d/b/a McFadden's Sports Saloon*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 22, 2019, the foregoing document was electronically filed with the Court's Electronic Filing System and will be served electronically on all registered attorneys of record.

/s/ Bill Kenney
William C. Kenney